JODI LINKER
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant CARRANZA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIAS CARRANZA GARCIA,<br>Defendant. | **Case No.:** 26-MJ-71450-MAG-1<br><br>STIPULATION AND [PROPOSED] ORDER FOR TRANSPORT OF DEFENDANT TO COURTHOUSE TO PARTICIPATE TELEPHONICALLY IN ALASKA HEARING |

**STIPULATION**

The parties, through their respective counsel, stipulate, subject to the Court's approval, that the United States Marshals Service be directed to transport Mr. Carranza-Garcia to the San Jose courthouse on Wednesday, November 18, 2026, in time to participate telephonically with defense counsel in a hearing scheduled for 12:00 noon Alaska time (1:00 p.m. Pacific time).

On Thursday, November 12, 2026, the government obtained a stay of this Court's release order. A hearing concerning that stay is scheduled in Alaska for November 18, 2026, at 12:00 noon Alaska time. Mr. Carranza-Garcia may participate telephonically but cannot place

outgoing calls from the jail where he is presently housed. His transport to the courthouse is therefore necessary to allow him to participate in the hearing by telephone with defense counsel.

Accordingly, the parties respectfully request that the Court direct the United States Marshals Service to transport Mr. Carranza-Garcia to the courthouse on November 18, 2026, in sufficient time for his telephonic appearance at 1:00 p.m. Pacific time.

IT IS SO STIPULATED.

Dated: November 17, 2026

/s/
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 17, 2026

/s/
JEFFREY A. BACKHUS
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the United States Marshals Service shall transport Mr. Carranza-Garica to the San Jose courthouse on Wednesday, November 18, 2026, in sufficient time to participate by telephone, with the assistance of defense counsel, in the hearing scheduled in Alaska for 12:00 noon Alaska time (1:00 p.m. Pacific time).

IT IS FURTHER ORDERED that the status hearing currently set for Tuesday, November 17, 2026, is VACATED.

IT IS SO ORDERED.

Dated: November 17, 2026

Virginia K. DeMarchi
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge